IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LEWIS,

        Plaintiff,	No. CIV. S-07-1653 FCD EFB PS

   vs.

NEVADA COUNTY, et al.,

        Defendants.

ORDER TO SHOW CAUSE

_____/

      On April 22, 2009, this court held a status (pretrial scheduling) conference, set by order of this court filed February 24, 2009.[1] *See* Dckt. No. 21. Plaintiff, who proceeds in this action *pro se*, did not appear at the status conference, file a status report, or participate in defendants' preparation of a joint status report.[2]

      Plaintiff's failure to participate in the scheduling of this case, despite a court order expressly compelling such participation, renders plaintiff subject to monetary and other

---

[1] This action proceeds before the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1).

[2] As stated at the status conference, and set forth in this court's separately filed Status (Pretrial Scheduling) Order, the dates set forth therein were determined in cooperation with defendants, and shall not be modified absent a showing of good cause, in light of plaintiff's failure to participate in the scheduling process.

1

sanctions, including dismissal of this action. Federal Rule of Civil Procedure 41(b) allows dismissal of an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order . . ." *See also* E. D. Cal. L. R. 11-110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court"). Plaintiff's *pro se* status does not derogate this judicial authority. "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing *in propria persona*. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules." E. D. Cal. L. R. 83-183. Thus, sanctions are warranted under these circumstances pursuant to the local rules of court, the Federal Rules of Civil Procedures, and specific order of this court.

Accordingly, plaintiff is HEREBY ORDERED TO SHOW CAUSE, in writing, within ten (10) court days from the filing date of this order, why monetary or other sanctions should not be imposed for his failure to file a status report and attend the status conference. Failure to respond to this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

DATED: April 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE